```
            UNITED STATES BANKRUPTCY COURT
              DISTRICT OF SOUTH DAKOTA
                  SOUTHERN DIVISION
*********************************************************************
In Re:                          *
SCOTT L. GEPPERT                *  Case No. 04-40466
SSN  XXX-XX-8729                *  Chapter 7
          Debtor                *
and                             *  COMPLAINT TO DETERMINE
SCOTT L. GEPPERT                *  DISCHARGEABILITY OF DEBTOR'S
          Plaintiff,            *  OMITTED CREDITORS UNDER 11
VS                              *  U.S.C. SECTION 523(A)(3)
                                *
FINGERHUT CORPORATION           *  Adversary No. _____
ICC SYSTEMS, INC                *
AFNI                            *
CREDIT BUREAU OF WATERTOWN      *
CAVALRY INUT                    *
J.B. BYRIDER/CNAC               *
CAPITAL ONE BANK                *
CORTRUST BANK                   *
U.S. BANK                       *
PROVIDIAN BANK                  *
                                *
          Defendants.           *
*********************************************************************
```

Comes now, Douglas G. Lorenzen, Counsel for Debtor and Plaintiff complaining and alleging as follows:

1. Debtor filed a Chapter 7 Bankruptcy on May 10, 2004 and Debtor received his Discharge on July 12, 2004.

2. This Court has jurisdiction of this Adversary proceeding under 28 U.S.C.Section 157 (b)(2)(I) and pursuant to Bankruptcy rule 4007(a)(b) and (e).

3. Plaintiff is a Debtor under a Chapter 7 case. Defendants are omitted Creditors with pre-petition debts.

4. Said omitted creditors had claims against Debtor prior to Debtor's Chapter 7 Bankruptcy Petition, which was filed on May 10, 2004.

5. Plaintiff's Chapter 7 Bankruptcy was a no asset case and such debt is not of a kind specified in Paragraphs (2), (4) or (6) of 11 U.S.C. Section 523(a).

**WHEREFORE**, Plaintiff by and through his counsel, pray this Court to determine that the indebtedness allegedly due to Defendants is dischargeable and for such other relief as is just and equitable in the Premises.

Dated _27th_ day of August, 2004.

_[signature]_
Douglas G. Lorenzen
Attorney for Plaintiff
PO Box 84435
Sioux Falls, SD 57118
605-334-4339

RECEIVED/FILED

AUG 27 10 45 AM '04

CLERK
U.S. BANKRUPTCY COURT
DIST. OF SOUTH DAKOTA